**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHAEL T. MARCHITTO,

*Plaintiff*,

*v.*

TONE HOUSE FITNESS NEW YORK LLC a/k/a TONE HOUSE FITNESS LLC a/k/a TONE HOUSE LLC & MEDAFFECT LLC,

*Defendants*.

ORDER

26-CV-8442

**GEORGE B. DANIELS, United States District Judge:**

The initial pretrial conference scheduled for November 24, 2026, is **ADJOURNED** to Wednesday, December 2, 2026, at 10:00 AM.

**SO ORDERED.**

Dated: 11/10/2026
New York, New York

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE